Same case below, 636 F.3d 289.

Same case below, 650 F.3d 423.

**No. 11-5325. Lishon Marcelle Hudson, Petitioner v. United States.**

565 U.S. 1036, 132 S. Ct. 575, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8130.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 422 Fed. Appx. 343.

**No. 11-5385. Robert Donald Maly, Petitioner v. Arizona.**

565 U.S. 1036, 132 S. Ct. 575, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8208.

November 14, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 11-5417. Frank M. Bafford, Petitioner v. Midfirst Bank, et al.**

565 U.S. 1037, 132 S. Ct. 575, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8173, ▇

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5433. Van James Bond Tran, Petitioner v. Newport News Holding Corporation.**

565 U.S. 1037, 132 S. Ct. 575, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8196.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5664. Michael R. Ochoa, Petitioner v. Erin Rubin.**

565 U.S. 1037, 132 S. Ct. 575, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8249, ▇

November 14, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 15 A.3d 540.

**No. 11-5687. Paul Alonzo Ewing, Petitioner v. United States.**

565 U.S. 1037, 132 S. Ct. 576, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8181.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 611.

**No. 11-5762. Lorenzo L. Winfield, Petitioner v. United States.**

565 U.S. 1037, 132 S. Ct. 576, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8199.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 243.

**No. 11-5798. Lorenzo Antonio Thomas, Petitioner v. United States.**

565 U.S. 1037, 132 S. Ct. 604, 181 L. Ed. 2d 425, 2011 U.S. LEXIS 8144.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.